IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC, REPUBLIC TOBACCO LP, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:20-CV-00147-RWS |
| *Plaintiffs*, | | |
| v. | | |
| AWV, INC. D/B/A TOBACCO STATION USA, | | |
| *Defendant*. | | |

**ORDER**

Before the Court is the parties' Rule 41(a)(1) Agreed Motion to Voluntarily Dismiss with Prejudice.  Docket No. 19.  The motion indicates the parties have agreed to dismiss the above-titled action with prejudice due to settlement.  It is therefore

**ORDERED** that Plaintiffs Republic Technologies (NA), LLC and Republic Tobacco LP's claims against Defendant AWV, Inc. d/b/a Tobacco Station USA are **DISMISSED WITH PREJUDICE.**  It is further

**ORDERED** that the parties shall bear their own attorney's fees, costs and expenses.  All relief not previously granted is **DENIED-AS-MOOT.**

**So ORDERED and SIGNED this 29th day of October, 2021.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE