# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC, REPUBLIC TOBACCO LP, *Plaintiffs*, v. AWV, INC. D/B/A TOBACCO STATION USA, *Defendant*. | CIVIL ACTION NO. 5:20-CV-00147-RWS |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 29th day of October, 2021.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE